IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL FARRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv293-MHT |
| | ) | (WO) |
| CORPORAL COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PARTIAL DISMISSAL

For good cause shown in the brief in support of the motion, and because there is no opposition to the motion, it is ORDERED and ADJUDGED that:

(1) Defendant's motion to dismiss (Doc. 27) count two of plaintiff's amended complaint, which is unopposed, is granted.

(2) Plaintiff's Fourth Amendment claim, made in count two of the first amended complaint (Doc. 17), is dismissed with prejudice.

This case will proceed on count one of the first amendment complaint.

DONE, this the 31st day of January, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE